# EXHIBIT 1

**Javier Merino**

| | |
|---|---|
| **From:** | Vikas Navani <​███@gmail.com> |
| **Sent:** | Thursday, April 23, 2020 5:33 PM |
| **To:** | Javier Merino |
| **Subject:** | Fwd: An update on the SBAs Paycheck Protection Program |

---------- Forwarded message ---------
From: **Chase for Business** <Chase@e.chase.com>
Date: Thu, Apr 2, 2020 at 7:17 PM
Subject: An update on the SBAs Paycheck Protection Program
███ @gmail.com>

We will let you know as soon as you can apply.

View Online | Email Security Information

# CHASE for BUSINESS

Dear Business Client,

Chase wants to help you get the Small Business Administration (SBA) Paycheck Protection Program emergency funds you may need to continue paying your employees and supporting your business.

Financial institutions like ours are still awaiting guidance from the SBA and the U.S. Treasury. As a result, Chase will most likely not be able to start accepting applications on Friday, April 3rd, as we had hoped.

***Make no mistake*** – we will help you, our customer, with getting access to these emergency funds. And we will make it as easy as possible for you to get these funds quickly. We hope to have the guidance we need from the government soon so that we can begin assisting you.

## Here's how to find out when the program is available:

We will announce when we can start accepting applications in several ways:

1. We will send an email to all customers for whom we have an email.

1

2. We will tweet at @ChaseforBusiness and @Chase.

3. We will update our website chase.com/cares in real time.

Please do NOT go to a branch for this, as they will not be able to assist you. All applications must be made online through this digital form.

## Be ready

We encourage you to be prepared so that you have what you need when we open our website for applications. Have the following information:

- A Chase Business Online user ID and password – you'll need this to apply. If you don't have an active profile, click here to set up or update your online credentials.

- The date you started your business

- Detailed information to calculate the average monthly payroll costs.

- Your annual revenue

- Your business mailing address

Please know that Chase is doing everything we can to help you apply for this program. We will keep you updated on chase.com/cares.

Sincerely,

*Jennifer Roberts*

CEO, Chase Business Banking

---

*Si tiene alguna pregunta, por favor llame o visite una sucursal local de Chase.*

**Email Security Information:**

Email intended ███████@gmail.com

If you have concerns about the authenticity of this message, please visit chase.com/CustomerService for options on how to contact us.

**IMPORTANT INFORMATION**

All loans are subject to other requirements and availability of funds under the SBA program. Funds are limited.

**ABOUT THIS MESSAGE**

This service email gives you updates and information about your Chase relationship. This email was sent from an unmonitored mailbox. Go to chase.com/CustomerService for options on how to contact us.

Your privacy is important to us. See our online Security Center to learn how to protect your information.

Chase Privacy Operations, P.O. Box 659752, San Antonio, TX 78265-9752

JPMorgan Chase Bank, N.A. Member FDIC. Equal Opportunity Lender
©2020 JPMorgan Chase & Co.

0220

3