# EXHIBIT 2

**Javier Merino**

| | |
|---|---|
| **From:** | Vikas Navani <▮▮▮@gmail.com> |
| **Sent:** | Thursday, April 23, 2020 5:33 PM |
| **To:** | Javier Merino |
| **Subject:** | Fwd: You can now apply for a SBA Paycheck Protection Program loan |

---------- Forwarded message ---------
From: **Chase for Business** <Chase@e.chase.com>
Date: Thu, Apr 9, 2020 at 9:35 PM
Subject: **You can now apply for a SBA Paycheck Protection Program loan**
To: ▮▮▮@gmail.com>

We are accepting online applications

View Online | Email Security Information

**CHASE for BUSINESS**

**Make sure you have an active Chase Business Online profile. If you don't, click here to set up or update your online credentials. You can only apply online.**

Dear Business Client,

You may be eligible and can now begin applying online for a loan under the Small Business Administration's (SBA) new Paycheck Protection Program. The program is designed to provide small businesses access to capital for payroll costs and other expenses. The CARES Act has set a funding limit.

**Get Started**

We are receiving many applications, so you should prepare the following to help expedite the process:

- Confirm you can sign in to Chase Business Online and verify that you had a Chase Business checking account since February 15, 2020.

- Calculate your average monthly payroll costs to determine your loan amount. For instructions, visit the SBA website.

1

- Know the date you started your business, your annual revenue and your business mailing address.

We encourage you to take action quickly to start the process to help you get the emergency funds you may need.

**Please make sure you have only one Chase.com browser window session open, or you may lose all of your work and have to restart your application.**

[Apply Now](#)

(you can also paste this URL into your browser [www.chase.com/cares](http://www.chase.com/cares))

**If you have already applied online, please disregard this email.**

Our branch and call center teams can't answer any questions about the program or the status of your loan. If your Paycheck Protection Program loan is approved, Chase will deposit your funds into your oldest Chase Business Banking checking account.

Thank you for being a Chase customer.

Sincerely,

*Jennifer Roberts*

CEO, Chase Business Banking

---

**Email Security Information:**

Email intended for ██████@gmail.com

If you have concerns about the authenticity of this message, please visit
chase.com/CustomerService for options on how to contact us.

---

**IMPORTANT INFORMATION**

All loans are subject to other requirements and availability of funds under the SBA program. Funds are limited.

**ABOUT THIS MESSAGE**

This service email gives you updates and information about your Chase relationship. This email was sent from an unmonitored mailbox. Go to chase.com/CustomerService for options on how to contact us.

Your privacy is important to us. See our online Security Center to learn how to protect your information.

Chase Privacy Operations, P.O. Box 659752, San Antonio, TX 78265-9752

JPMorgan Chase Bank, N.A. Member FDIC. Equal Opportunity Lender
©2020 JPMorgan Chase & Co.

0320