# EXHIBIT 3

**Javier Merino**

| | |
|---|---|
| **From:** | Vikas Navani <▇▇▇@gmail.com> |
| **Sent:** | Thursday, April 23, 2020 5:33 PM |
| **To:** | Javier Merino |
| **Subject:** | Fwd: Your Paycheck Protection Program loan application was received |

---------- Forwarded message ---------
From: **Chase** <no-reply@alertsp.chase.com>
Date: Sat, Apr 11, 2020 at 5:12 AM
Subject: Your Paycheck Protection Program loan application was received
To: ▇▇▇@gmail.com>

# CHASE

## Paycheck Protection Program loan application

We received your Paycheck Protection Program loan application. You'll receive your loan decision by email from Chase soon.

Chase branch and service teams will be unable to answer any questions about the status of your loan. Please visit chase.com/cares for the latest updates on this program.

Loan application reference number: ▇▇▇8134.

All loans are subject to Small Business Administration (SBA) eligibility.

SBA funds are limited and are subject to availability.

Disclaimer:
ABOUT THIS MESSAGE
This service email gives you updates and information about your Chase relationship.

This email was sent from an unmonitored mailbox. Do not reply to this email. Go to chase.com/CustomerService for options on how to contact us.

Your privacy is important to us. See our online Security Center to learn how to protect your information.

Chase Privacy Operations, P.O. Box 659752, San Antonio, TX 78265-9752

JPMorgan Chase Bank, N.A. Member FDIC. Equal Opportunity Lender.
©2020 JPMorgan Chase & Co.