# EXHIBIT 4

**Javier Merino**

| | |
|---|---|
| **From:** | Vikas Navani <​███@gmail.com> |
| **Sent:** | Thursday, April 23, 2020 5:34 PM |
| **To:** | Javier Merino |
| **Subject:** | Fwd: The SBA has committed all the funds from the first round of the Paycheck Protection Program |

---------- Forwarded message ---------
From: **Chase for Business** <Chase@e.chase.com>
Date: Fri, Apr 17, 2020 at 1:30 PM
Subject: The SBA has committed all the funds from the first round of the Paycheck Protection Program
To: ███@gmail.com>

We continue to process applications to be ready if more money becomes available

View Online | Email Security Information

**CHASE for BUSINESS**

Dear Business Client,

As predicted, the SBA's Paycheck Protection Program was hugely popular. In fact, we have learned the SBA has approved loans that will exhaust all the funding available for the initial round.

We have notified all of our customers who received funding in the first round. We understand that many of you are disappointed, and are frustrated because we haven't updated you on the status of your application. We will do better, starting in the next few days.

Congress is currently considering another round of funding. In the interim, we're committed to:

- Continuing to work our existing queue of applications so we can be ready,

- Contacting you with any questions,

- Emailing you on the status of your application and

- Letting you know if and when additional SBA funding is available

We realize how important these SBA funds are to your business. We're doing all we can to have your application ready.

Thank you for being a Chase customer. We will keep updating chase.com/cares with the latest information.

Sincerely,

Jennifer Roberts

CEO, Chase Business Banking

**Email Security Information:**

Email intended for ███████@gmail.com

If you have concerns about the authenticity of this message, please visit chase.com/CustomerService for options on how to contact us.

**IMPORTANT INFORMATION**

All loans are subject to other requirements and availability of funds under the SBA program. Funds are limited.

**ABOUT THIS MESSAGE**

This service email gives you updates and information about your Chase relationship. This email was sent from an unmonitored mailbox. Go to chase.com/CustomerService for options on how to contact us.

Your privacy is important to us. See our online Security Center to learn how to protect your information.

Chase Privacy Operations, P.O. Box 659752, San Antonio, TX 78265-9752

JPMorgan Chase Bank, N.A. Member FDIC. Equal Opportunity Lender
©2020 JPMorgan Chase & Co.

████████ 1520