# EXHIBIT 5

# Javier Merino

| | |
|---|---|
| **From:** | Vikas Navani <███████@gmail.com> |
| **Sent:** | Thursday, April 23, 2020 5:50 PM |
| **To:** | Javier Merino |
| **Subject:** | Fwd: Paycheck Protection Program: Your loan is still in Stage 1 |

---------- Forwarded message ---------
From: **Chase for Business** <Chase@e.chase.com>
Date: Wed, Apr 22, 2020 at 8:45 PM
Subject: Paycheck Protection Program: Your loan is still in Stage 1
To: <███████@gmail.com>

We expect funds to go quickly

View Online | Email Security Information

**CHASE for BUSINESS**

**Business Name:** VR CONSULTANTS INC

Dear Business Client,

It appears Congress will approve additional funding for the Paycheck Protection Program, but we expect that funds could run out again quickly.

Your application is still in Stage 1, with an extremely large volume of applications ahead of yours. We know how important these funds would be to your business. We wanted to give you this information, so that you can decide if you would like to try applying with another lender.

**Here is the high-level overview of the review and approval process:**



1. Application received
2. Payroll review
3. Awaiting SBA approval
4. Loan is funded

Thank you for being a Chase customer.

1

**Email Security Information:**

Email intended ▮▮▮▮▮▮▮▮@gmail.com

If you have concerns about the authenticity of this message, please visit **chase.com/CustomerService** for options on how to contact us.

**IMPORTANT INFORMATION**

All loans are subject to other requirements and availability of funds under the SBA program. Funds are limited.

**ABOUT THIS MESSAGE**

This service email gives you updates and information about your Chase relationship. This email was sent from an unmonitored mailbox. Go to **chase.com/CustomerService** for options on how to contact us.

Your privacy is important to us. See our online **Security Center** to learn how to protect your information.

Chase Privacy Operations, P.O. Box 659752, San Antonio, TX 78265-9752

JPMorgan Chase Bank, N.A. Member FDIC. Equal Opportunity Lender
©2020 JPMorgan Chase & Co.

▮▮▮▮▮▮▮▮820